**No. 62422.**—The Tupman Thurlow Co., Inc. *v.* United States, protest 300607–K (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of cholesterol the same in all material respects as that the subject of Abstract 61535, the claim of the plaintiff was sustained.

**No. 62423.**—S. Beilin *v.* United States, protest 278336–K (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of iron pictures the same in all material respects as those the subject of *Marshall Field & Co.* v. *United States* (45 C. C. P. A. 72, C. A. D. 676), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, NOVEMBER 6, 1958

**No. 62424.**—International Models, Inc., and Victory Shipping Co., Inc. *v.* United States, protests 221100–K, etc. (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise, consisting of scale model railroad kits and unfinished parts thereof, is composed in chief value of base metal and has as an essential feature an electrical element or device, the claim of the plaintiffs was sustained.